No. 76. MAYTAG COMPANY *v.* HURLEY MACHINE CO. ET AL.; and

No. 77. SAME *v.* EASY WASHING MACHINE CORP. February 6, 1939. Motion for leave to file petition for rehearing granted; and petition for rehearing granted. The orders denying certiorari (305 U. S. 599) are vacated, and the petition for writs of certiorari to the Circuit

Court of Appeals for the Second Circuit is granted. *Messrs. Thomas G. Haight, Wallace R. Lane, Nelson E. Johnson, Oscar W. Jeffery,* and *Benton Baker* for petitioner. *Messrs. William H. David* and *Dean S. Edmonds* for respondents. Reported below: 96 F. 2d 87. See also 305 U. S. 599.